# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KAMARON L. WALKER,                              No. 2:24-cv-2345 SCR P

      Plaintiff,

  v.

JEFF LYNCH, et al.,
                                               **ORDER & WRIT OF HABEAS CORPUS**
      Defendants.                      **AD TESTIFICANDUM**

_____/

Kamaron L. Walker (077349-8), a necessary and material witness in a settlement conference in this case on October 30, 2025, is confined in Atascadero State Hospital (DSH Atascadero), in the custody of the Executive Director. In order to secure this patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient before Magistrate Judge Chi Soo Kim, by Zoom video conference from his place of confinement, on Thursday, October 30, 2025 at 10:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the patient named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2.  The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Atascadero State Hospital at (805) 468-2954 or via email.

4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director, DSH Atascadero, P. O. Box 7001, Atascadero, California 93423:**

**WE COMMAND** you to produce the patient named above to testify before Judge Kim at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

////

**FURTHER**, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE