IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAMARON L. WALKER,** | Case No. 2:24-CV-02345-SCR |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE STAY |
| v. | |
| **C. BANISH,** | |
| Defendants. | |

    Having read and considered Defendants' motion to extend the stay in this case (ECF No. 22), the declaration of Defendants' counsel supporting the request, and good cause appearing, the request is **GRANTED**. The stay in this case is extended to January 29, 2026.

Dated: November 21, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE